**Opinion issued November 14, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00514-CV

———————————

**$4,416.00 IN UNITED STATES CURRENCY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 122nd District Court**
**Galveston County, Texas**
**Trial Court Case No. 11-CV-1941**

---

## MEMORANDUM OPINION

Appellant, Terry Mark Waddell, the real party in interest in the underlying forfeiture proceeding, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041 (West 2013); Order Regarding Fees

Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1).

On September 24, 2013, we notified appellant, at his address in the Powledge Unit, Texas Department of Criminal Justice, Palestine, Texas, that his appeal, which was previously abated, had been reinstated on this Court's active docket. We also notified appellant that the filing fee was due and that this appeal could be dismissed unless he paid one-half of the filing fee no later than 10 days from the date of the order and the other one-half of the filing fee no later than 30 days from the date of the order. The Court's notice was returned, with the following marked on the envelope: "return to sender" and "released."[1] Appellant has neither paid the filing fee nor responded to the Court's notice nor provided us with any other address or means of contacting him. *See* TEX. R. APP. P. 5, 42.3(c).

Accordingly, we dismiss the appeal for nonpayment of all required fees. We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Massengale.

---

[1] The Court's attempt to locate appellant's current address through the Texas Department of Criminal Justice's website was unsuccessful.